2

**J. RUSSELL CUNNINGHAM, State Bar #130578**
**J. LUKE HENDRIX, State Bar #271424**
**GABRIEL P. HERRERA, State Bar #287093**
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for J. Michael Hopper
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>COLUSA REGIONAL MEDICAL CENTER<br><br>                    Debtor. | Case No. 16-23655-B-7<br><br>DNL-11<br><br>Date:    July 26, 2016<br>Time:   9:30 a.m.<br>Place:   501 I Street, 6th Floor<br>            Courtroom 32<br>            Sacramento, CA 95814 |

### <u>MOTION FOR AUTHORITY TO PURGE RECORDS</u>

Chapter 7 trustee, J. MICHAEL HOPPER ("Trustee"), in his capacity as trustee for the

bankruptcy estate of COLUSA REGIONAL MEDICAL CENTER ("Debtor"), hereby moves for

an order authorizing the purging of patient records in accordance with applicable law.     In

support thereof, the Trustee submits the following:

1.     On June 3, 2016, the Debtor commenced the above-captioned bankruptcy case by

the filing of a voluntary Chapter 7 petition.  The Trustee has served as interim successor trustee

for the estate since June 7, 2016.

///

2.     Pursuant to this Court's July 3, 2016, interim cash collateral order on DNL-2, patient record management services are being provided by a former Debtor's employee who is certified and qualified to do so.  The acts authorized under the current cash collateral budget may be performed with a reduction in leased office space where some patient records are located. Most of the printed patient records are at the hospital, and the balance of the records are located at the women's health clinic at 2967 Davison Court, Colusa, California, which are in the process of being relocated to the hospital.  The lease for the women's health clinic, along with other no longer needed executory contracts, are the subject of DNL-8, a separate rejection motion.    The Trustee has determined that some of those records should be retained and relocated, while others are eligible for destruction.

3.     About 100 boxes of records at the women's health clinic have been identified as containing such dated material that may be shredded and disposed of.  As time passes, additional such records will become eligible for purging in what would have otherwise occurred within the ordinary course of the Debtor's business.

**WHEREFORE**, the Trustee respectfully requests that the motion be granted, and for such other and further relief as the Court deems necessary and proper.

Dated: July ⎣⎣, 2016          **DESMOND, NOLAN, LIVAICH & CUNNINGHAM**

By: _____

**J. LUKE HENDRIX**
Attorneys for J. Michael Hopper
Chapter 7 Trustee