# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Colusa Regional Medical Center | **Case No :**<br>**Date :**<br>**Time :** | 16–23655 – B – 7<br>07/26/2016<br>09:30 |

| | |
|---|---|
| **Matter :** | [94] – Motion/Application for Authority to Purge Records [DNL–11] Filed by Trustee J. Michael Hopper (jflf) |

| | | | |
|---|---|---|---|
| **Judge :**<br>**Department :** | Christopher D. Jaime<br>B | **Courtroom Deputy :**<br>**Reporter :** | Danielle Mobley<br>NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

HEARING CONTINUED TO: 8/24/16 at 09:30 AM